UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| TIMOTHY POTEAT | ) | |
| | ) | |
| v. | ) | NO. 2:06-CV-197 |
| | ) | |
| JO ANNE BARNHART | ) | |
| Commissioner of Social Security | ) | |

# **O R D E R**

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge. [Doc. 18]. The plaintiff has filed an objection to this report. [Doc. 19].

This Court has carefully considered the objection of the plaintiff, the Report and Recommendation of the Magistrate Judge as well as the cross motions for summary judgment filed by the parties, and is of the opinion that he Magistrate Judge's Report and Recommendation is correct in all aspects. Therefore, after careful consideration of the Report and Recommendation of the United States Magistrate Judge, it is hereby **ORDERED** that this Report and Recommendation is **ADOPTED** and **APPROVED**, and that the plaintiff's objection is **OVERRULED.** Therefore, the motion for summary judgment filed by the government is **GRANTED**, and the motion for summary judgment filed by the plaintiff is **DENIED.** [Docs. 15 and 11].

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE